# IN THE UNTED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 16CR0460-GPC |
| Plaintiff, | ORDER |
| V. | |
| MICHAEL TANDBERG, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Counts(s) 1 of the Information.

Dated: 3/25/16

HON. GONZALO P. CURIEL
United States District Judge