UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr0460-GPC |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| MICHAEL TANDBERG, | |
| Defendant. | |

On April 19, 2016, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of Defendant MICHAEL TANDBERG ("Defendant") in the properties listed in the Forfeiture Allegation of the Information, namely,

Bank of America Account ending in -1826, in the amount of $6,818.01, and JP Morgan Chase Bank Account ending in -8234, in the amount of $37,714.58.

For thirty (30) consecutive days ending on May 20, 2016, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty

//

1  (30) days of the final publication for a hearing to adjudicate the validity of their
2  alleged legal interest in the properties.
3      There were no potential third parties known to the United States to have
4  alleged an interest in the forfeited properties; therefore, no one was provided with
5  direct notice of the forfeiture.
6      Thirty (30) days have passed following the final date of notice by publication,
7  and no third party has made a claim to or declared any interest in the forfeited
8  properties described above.
9      Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
10 that, as a result of the failure of any third party to come forward or file a petition for
11 relief from forfeiture as provided by law, all right, title and interest of MICHAEL
12 TANDBERG and any and all third parties in the following properties are hereby
13 condemned, forfeited and vested in the United States of America:
14      Bank of America Account ending in -1826, in the amount of $6,818.01,
       and JP Morgan Chase Bank Account ending in -8234, in the amount of
15     $37,714.58.
16      IT IS FURTHER ORDERED that costs incurred by the United States
17 Homeland Security Investigations and any other governmental agencies which were
18 incident to the seizure, custody and storage of the properties be the first charge
19 against the forfeited properties.
20      IT IS FURTHER ORDERED that the United States Homeland Security
21 Investigations shall dispose of the forfeited properties according to law.
22
23 Dated:  July 12, 2016
24                                              Hon. Gonzalo P. Curiel
25                                              United States District Judge
26
27
28